■ CHARLES J. KANAPASKA, JR., Appellant, v PRUDENTIAL PROPERTY & CASUALTY INSURANCE COMPANY, Respondent. — Order of the Supreme Court,

Westchester County (Rosenblatt, J.), dated October 11, 1983, affirmed, with costs (*Rosner v Maimonides Hosp.*, 89 AD2d 847; *Besen v C.P.Y. Yacht Sales,* 34 AD2d 789; *People ex rel. Martinez v Walters,* 99 AD2d 476, 477; *Block v Nelson,* 71 AD2d 509, 512). Mollen, P.J., Titone, Mangano and Lawrence, JJ., concur.